IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01861-MSK-CBS

EMPLOYERS MUTUAL INSURANCE COMPANY, an Iowa corporation,

      Plaintiff,

v.

LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation,

      Defendant.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon a Complaint filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

**IT IS ORDERED**:

(1) A hearing is set for **January 11, 2008** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2) Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:
- Whether bifurcation is appropriate for determination of the construction and interpretation of the disputed portions of the insurance policies.
- The stipulated facts which would bear upon the Court's interpretation of each policy's provisions.
- Whether discovery is needed with regard to contract interpretition. (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 18th day of October, 2007

                                               **BY THE COURT:**

                                               *Marcia S. Krieger*

                                               Marcia S. Krieger
                                               United States District Judge